IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VICTOR P. KEARNEY,

    **Appellant,**

    vs.                                        Civ. No. 18-544 RB/KK

OFFICIAL COMMITTEE OF
UNSECURED CREDITORS,

    **Appellee.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge Kirtan Khalsa, filed September 28, 2018. (Doc. 6.) The parties had until October 12, 2018, to file any objections. (*Id.*) The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *United States v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 6) are adopted.

**IT IS FURTHER ORDERED** that Appellant's Notice of Appeal (Doc. 1) is **DISMISSED** for lack of prosecution.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE